# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MURIELLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:20-cv-00014-DDP (PJWx)<br><br>(Honorable Dean D. Pregerson, Courtroom – 9C)<br><br>**ORDER DISMISSING ACTON WITH PREJUDICE**<br><br>**[FRCP 41(a)]** |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 26, 2020

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE